UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00194

**Felix Aaron Miller,**
*Plaintiff,*

v.

**Terry Allison et al.,**
*Defendants.*

## ORDER

On April 15, 2020, plaintiff Felix Miller filed a complaint alleging civil rights violations by private citizens residing in Longview, Texas. Doc. 1. The case was referred to United States Magistrate Judge John D. Love. Doc. 2.

On November 20, 2020, the magistrate judge issued a report recommending that the application be dismissed with prejudice for purposes of proceeding in forma pauperis as frivolous and for failure to state a claim upon which relief may be granted. Doc. 24. Plaintiff did not object to the report and recommendation. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. Plaintiff's complaint is **dismissed with prejudice** for purposes of proceeding in forma pauperis as frivolous and for failure to state a claim upon which relief may be granted.

*So ordered by the court on January 5, 2021.*

J. CAMPBELL BARKER
United States District Judge